MESCH, CLARK & ROTHSCHILD, P.C.
259 North Meyer Avenue
Tucson, Arizona 85701
Phone: (520) 624-8886
Fax: (520) 798-1037
E-Mail: sgan@mcrazlaw.com
fpetersen@mcrazlaw.com

By: Scott H. Gan, #6568
Frederick J. Petersen, #19944
spb

Attorneys for Rebecca K. Perry, IRA, et al

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>REBECCA LYNN ENGLE,<br><br>　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 4-08-06355-JMM |
| REBECCA K. PERRY IRA, et al,<br>　　　　　　　　　Plaintiffs<br>-vs-<br>REBECCA LYNN ENGLE,<br>　　　　　　　　　Defendant. | ADV. No. 4:08-ap-00607-JMM<br><br>**MOTION TO WITHDRAW<br>AS COUNSEL OF RECORD<br>FOR PLAINTIFFS** |

The firm of Mesch, Clark & Rothschild, P.C., counsel for Rebecca K. Perry IRA, et al ("Plaintiffs")in the administrative case and adversary action captioned above, moves to withdraw as local counsel in this matter for the reason that an irreconcilable conflict has arisen between the undersigned counsel and co-counsel. This withdrawal is not made for the purpose of delay or for any other improper purpose. Co-counsel may be notified of all further matters in this as follows:

James B. Cavanagh
LIEBEN, WHITTED, HOUGHTON,
SLOWIACZEK & CAVANAGH, PC, LLO
100 Scoular Building
2027 Dodge Street
Omaha, NE 68102
Phone: (402)344-4000
Fax: (402)930-1011
E-Mail: jcavanagh@liebenlaw.com

and

J.L. Spray
Mattson Ricketts
134 South 13th Street, Suite 1200
Lincoln, NE 68508
Phone: (402) 475-8433
Fax: (402) 475-0105

DATED this 30th day of November, 2009.

MESCH, CLARK & ROTHSCHILD, P.C.

_____
Scott H. Gan
Co-counsel for Plaintiffs

Copy mailed the above date to:

James B. Cavanagh
LIEBEN, WHITTED, HOUGHTON, et al.
100 Scoular Building
2027 Dodge Street
Omaha, NE 68102
(Co-counsel for Plaintiffs)

J.L. Spray
MATTSON, RICKETTS, et al.
134 South 13th Street, Suite 1200
Lincoln, NE 68508
(Co-counsel for Plaintiffs)

Albert H. Hartwell, Jr.
177 North Church Avenue Suite 200
Tucson AZ 85701
(Counsel for Debtor)

311082

2

## CONSENT TO WITHDRAWAL OF ATTORNEYS

The undersigned, JAMES B. CAVANAGH and J.L. SPRAY, as co-counsel for the Plaintiffs in the administrative case (Chapter 11 Bankruptcy for Rebecca Lynn Engle, Case No. 4-08-06355) and in the related Adversary Action (No. 4:08-ap-00607-JMM), hereby consent to the withdrawal of the law firm of Mesch, Clark & Rothschild, P.C. as co-counsel for Plaintiffs.

Dated: November 23, 2009.

_____
James B. Cavanagh

_____
J.L. Spray

311082

3

Case 4:08-bk-06355-JMM    Doc 158    Filed 11/30/09    Entered 11/30/09 14:09:25    Desc
Main Document    Page 3 of 4

# CONSENT TO WITHDRAWAL OF ATTORNEYS

The undersigned, JAMES B. CAVANAGH and J.L. SPRAY, as co-counsel for the Plaintiffs in the administrative case (Chapter 11 Bankruptcy for Rebecca Lynn Engle, Case No. 4-08-06355) and in the related Adversary Action (No. 4:08-ap-00607-JMM), hereby consent to the withdrawal of the law firm of Mesch, Clark & Rothschild, P.C. as co-counsel for Plaintiffs.

Dated: November 24, 2009.

_____
James B. Cavanagh

_____
J.L. Spray

311082