THIS ORDER IS APPROVED.

_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**

Dated: December 18, 2009



MESCH, CLARK & ROTHSCHILD, P.C.
259 North Meyer Avenue
Tucson, Arizona 85701
Phone:  (520) 624-8886
Fax:      (520) 798-1037
E-Mail: sgan@mcrazlaw.com
            fpetersen@mcrazlaw.com

By:    Scott H. Gan, #6568
         Frederick J. Petersen, #19944
         60051-1/spb
Attorneys for Rebecca K. Perry, IRA, et al

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In re: | Chapter 11 |
|---|---|
| REBECCA LYNN ENGLE, | Case No. 4-08-06355-JMM |
| Debtor. | **ORDER** |

Mesch, Clark & Rothschild, P.C, having filed their Motion to Withdraw as local counsel for James B. Cavanagh of LIEBEN, WHITTED, HOUGHTON, et al. and for J.L. Spray of MATTSON, RICKETTS, et al., counsel for Rebecca K. Perry, et al. on or about November 30, 2009; Cavanagh and Spray having consented to the withdrawal of Mesch, Clark & Rothschild, P.C.; the Court having set a hearing on the Motion to Withdraw for December 17, 2009; Cavanagh and Spray having requested on the record that Mesch, Clark & Rothschild, P.C. continue to act solely as sponsoring counsel to comply with Rule 2090-1, Local Rules of Bankruptcy Procedure, and having further indicated that Mesch, Clark & Rothschild, P.C. would have no continuing responsibility for the prosecution of any matters on behalf of the Rebecca K. Perry, et al. claimants; and good cause appearing:

**IT IS ORDERED** that Mesch, Clark & Rothschild, P.C. will continue to act solely as sponsoring local counsel for James B. Cavanagh and J.L. Spray, to permit them to comply with Rule 2090-1, Local Rules of Bankruptcy Procedure.

| | |
|---|---|
| 1 | **IT IS FURTHER ORDERED** that Mesch, Clark & Rothschild, P.C. will have no |
| 2 | continuing responsibility for the prosecution of any matters on behalf of the Rebecca K. Perry, |
| 3 | et al. claimants. |
| 4 | |
| 5 | **DATED AND SIGNED ABOVE** |
| 6 | 311082 |

2