

**THIS ORDER IS APPROVED.**

**Dated: February 23, 2010**

_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**

Albert H. Hartwell, Jr.
177 N. Church Avenue, Suite 703
Tucson, Arizona 85701
(520) 884-7250
State Bar No.: 012175
Attorney for the Debtor
alhartwell@gmail.com

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>REBECCA LYNN ENGLE,<br><br>Debtor. | No. 4:08-bk-06355-JMM<br><br>Chapter 11<br><br>**ORDER FOR ALLOWANCE OF INTERIM COMPENSATION AND EXPENSES TO THE DEBTOR'S ATTORNEY** |

Upon application and notice by the Debtor's attorney, and there being no objection filed, IT IS HEREBY ORDERED allowing interim compensation and expenses to the attorney for the Debtor, Albert H. Hartwell, Jr., in the amount of $9,771.51, for fees and expenses incurred through 1/18/10.

_____
Hon. James M. Marlar
U.S. Bankruptcy Court Judge
Signed Above