| | |
|---|---|
| 1 | ILENE J. LASHINSKY (#3073)<br>United States Trustee |
| 2 | District of Arizona |
| 3 | ELIZABETH C. AMOROSI (#10755)<br>Assistant United States Trustee |
| 4 | 230 North First Ave., Suite 204<br>Phoenix, Arizona 85003-1706 |
| 5 | Phone: (602) 682-2600 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| REBECCA LYNN ENGLE, | ) | Case No. 4:08-bk-6355-JMM |
| | ) | |
| | ) | UNITED STATES TRUSTEE'S |
| Debtor. | ) | NOTICE OF NON-COMPLIANCE |
| | ) | |

TO THE DEBTOR AND THE DEBTOR'S ATTORNEY OF RECORD:

NOTICE IS HEREBY GIVEN that the above-named debtor has failed to comply with the requirements set forth in the Bankruptcy Code and Rules, and the Operating Guidelines of the United States Trustee for the District of Arizona as noted below:

[ X ]  Monthly Operating reports for the following periods are delinquent: November and December 2009; January, February and March, 2010

The above deficiencies must be corrected no later than 20 days from the date of mailing. **FAILURE TO COMPLY MAY RESULT IN THE FILING OF A MOTION TO CONVERT OR DISMISS THE CASE**. Failure of this notice to indicate the existence of a particular deficiency will not preclude a subsequent demand for compliance. The United States Trustee is not required by statute, regulation, or policy to provide this Notice of Non-compliance prior to taking appropriate action in court, such as seeking dismissal or conversion.

DATED this 30th day of April, 2010.

ILENE J. LASHINSKY
United States Trustee
District of Arizona
/s/
_____
ELIZABETH C. AMOROSI
Assistant United States Trustee

| | |
|---|---|
| 1 | |
| 2 | Copy of the foregoing mailed this<br>_____ day of April 2010 to: |
| 3 | |
| 4 | Albert H. Hartwell<br>Law Offices of Albert H. Hartwell<br>177 N. Church Ave. |
| 5 | Suite 703<br>Tucson, AZ 85701 |
| 6 | |
| 7 | _____ |